# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
### NO. 03-10-00624-CV
---

**Trent Davis, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---
**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. D-1-GN-08-001528, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING**
---

### M E M O R A N D U M   O P I N I O N

Appellant Trent Davis, appearing pro se, seeks to appeal from the trial court's order granting his trial counsel's agreed motion to withdraw.[1]  This Court's jurisdiction is limited to the review of final judgments and certain interlocutory orders signed by the trial court.  *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.012 (West Supp. 2010), § 51.014 (West 2008); *see also Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).  A trial court's order granting a motion to withdraw is not an appealable interlocutory order.  *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014. No appealable judgment or order appears in the record.  Accordingly, this appeal is dismissed for want of jurisdiction.

---

[1]  The trial court's order includes the following notation: "Plaintiff never consented or authorized representation by [trial counsel] according to Plaintiff. [Trial counsel] at all times believed it was acting with proper authority, according to the firm."

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Patterson and Henson

Dismissed for Want of Jurisdiction

Filed:   November 5, 2010